LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:     (925) 974-8600
Facsimile:     (925) 974-8601
Email: Leedc@stubbsleone.com

Attorneys for Defendants
CHIEF MITCH CELAYA
And CAPTAIN MARGOT BENNETT

STEVEN YOURKE, ESQ. (SBN:  118506)
**LAW OFFICES OF JOHN L. BURRIS**
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone:     (510) 839-5200
Facsimile:     (510) 839-3882
Email: john.burris@johnburrislaw.com
Email: steven.yourke@johnburrislaw.com

Attorneys for Plaintiff
ZHIKA VALIAVICHARSKA

UNITED SATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHIVKA VALIAVICHARSKA,<br><br>Plaintiff,<br><br>vs.<br><br>MITCH CELAYA, Police Chief of the University of California Police Department; MARGOT BENNETT, Chief of Administration/Services of the University of California Police Department; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.:   CV 10 4847 JL (NJV)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

STIPULATION AND PROPOSED ORDER RE: CASE MANAGEMENT CONFERENCE
1

1  The parties to the above captioned litigation hereby stipulate by and through their
2  undersigned counsel of record as follows:
3  Magistrate Judge Vadas scheduled a Settlement Conference in this matter on April 22,
4  2011.
5  The parties requested that Magistrate Judge Vadas continue the date of the Settlement
6  Conference to permit the parties to conduct discovery necessary to prepare for the Settlement
7  Conference.
8  On April 14, 2011 Magistrate Judge Vadas granted the request and rescheduled the
9  Settlement Conference to May 20, 2011 at 11:00 a.m.
10  The Case Management Conference in this matter is presently scheduled for May 4,
11  2011.  Good cause exists to continue the Case Management Conference to a date after the May
12  20, 2011 Settlement Conference.
13  The parties hereby stipulate by and through their undersigned counsel of record to
14  request that the Court continue the Case Management Conference from May 4, 2011 to June 1,
15  2011 at 10:30 a.m.

April 14, 2011                    **STUBBS & LEONE**

_____/s/_____
CLAUDIA LEED, ESQ.
Attorneys for Defendants CHIEF MITCH
CELAYA and CAPTAIN MARGOT BENNETT


April 14, 2011                    **LAW OFFICES OF JOHN L. BURRIS**

_____/s/_____
STEVEN YOURKE ESQ.
Attorneys for Plaintiff ZVIKA
VALIAVICHARKSA

---

STIPULATION AND PROPOSED ORDER RE: CASE MANAGEMENT CONFERENCE

2

## IT IS SO ORDERED

Pursuant to the Stipulation of the parties it is so ordered.

DATED: 4-15-11

JAMES LARSON
Magistrate Judge