1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZHIVKA VALIAVACHARSKA, ) | No: C 10-4847 JSC |
| ) | |
| Plaintiff, ) | |
| ) | ORDER RE PENDING MOTION AND CMC |
| v. ) | |
| ) | |
| MITCH CELAYA, et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

    This case was reassigned to this Magistrate Judge upon the retirement of the previously-assigned judge, Magistrate Judge James Larson. According to the docket, on April 25, 2011, Plaintiff filed a motion to amend the complaint (Dkt. No. 18). It appears that no response has been filed; nor has an amended complaint been filed. Accordingly, the parties are ordered to meet and confer with regard to Plaintiff's motion to amend and, if agreement can be reached, file a stipulation permitting amendment. If agreement cannot be reached, then Defendants shall file their opposition to the motion to amend on

ORDER RE PENDING MOTION AND CMC
Valiavacharska v. Celaya, 10-4847 JSC

or before June 16, 2003, and Plaintiff's reply, if any, on or before June 23, 2011. The Court will hear oral argument on July 7, 2011 at 9:00 a.m, along with a case management conference. If the motion is mooted by agreement, then the parties shall appear for a case management conference at 1:30 p.m. on July 7, 2011.

**IT IS SO ORDERED.**

DATED: June 2, 2011

*Jacqueline S. Corley*
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

ORDER RE PENDING MOTION AND CMC
<u>Valiavacharska v. Celaya</u>, 10-4847 JSC         2