1  LOUIS A. LEONE, ESQ. (SBN: 099874)
   CLAUDIA LEED, ESQ. (SBN: 122676)
2  **STUBBS & LEONE**
   A Professional Corporation
3  2175 N. California Blvd., Suite 900
   Walnut Creek, CA  94596
4  Telephone:    (925) 974-8600
   Facsimile:    (925) 974-8601
5  Email: Leedc@stubbsleone.com
6
   Attorneys for Defendants
7  CHIEF MITCH CELAYA
   And CAPTAIN MARGOT BENNETT
8
9  STEVEN YOURKE, ESQ. (SBN:  118506)
   **LAW OFFICES OF JOHN L. BURRIS**
10 7677 Oakport Street, Suite 1120
11 Oakland, CA 94621
   Telephone:    (510) 839-5200
12 Facsimile:    (510) 839-3882
   Email: john.burris@johnburrislaw.com
13 Email: steven.yourke@johnburrislaw.com
14
   Attorneys for Plaintiff
15 ZHIKA VALIAVICHARSKA
16
17          UNITED SATES DISTRICT COURT
18        NORTHERN DISTRICT OF CALIFORNIA
19

| | |
|---|---|
| ZHIVKA VALIAVICHARSKA, | **Case No.:   CV 10 4847 (JSC)** |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED]ORDER RE: FILING FIRST AMENDED COMPLAINT** |
| MITCH CELAYA, Police Chief of the University of California Police Department; MARGOT BENNETT, Chief of Administration/Services of the University of California Police Department; and DOES 1 through 20, inclusive, | |
| Defendants. | |

STIPULATION AND ~~PROPOSED~~ ORDER RE: FILING FIRST AMENDED COMPLAINT

1

The parties to the above captioned litigation hereby stipulate by and through their undersigned counsel of record as follows:

Plaintiff will file the First Amended Complaint plaintiff requested leave to file by motion on or by July 6, 2011;

Defendants do not waive their rights to file a motion dismiss in response to the First Amended Complaint;

Defendants' response to the complaint is due on or by July 26, 2011.

July 5, 2011                                    **STUBBS & LEONE**


_____/s/_____
CLAUDIA LEED, ESQ.
Attorneys for Defendants CHIEF MITCH
CELAYA and CAPTAIN MARGOT BENNETT


July 5, 2011                                    **LAW OFFICES OF JOHN L. BURRIS**


_____/s/_____
STEVEN YOURKE ESQ.
Attorneys for Plaintiff ZVIKA
VALIAVICHARKSA


**IT IS SO ORDERED**

Pursuant to the Stipulation of the parties it is so ordered.


DATED: _7-7-2011_                              Jacqueline Scott Corley
                                               JAQUELINE SCOTT CORLEY
                                               Magistrate Judge

---
STIPULATION AND PROPOSED ORDER RE: FILING FIRST AMENDED COMPLAINT
2