UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHIVKA VALIAVACHARSKA | No. C-10-04847 JSC (NJV) |
| Plaintiff(s), | NOTICE AND ORDER SETTING TELEPHONIC STATUS CONFERENCE |
| v. | |
| MITCH CELAYA | |
| Defendant(s). | |

A telephonic status conference was called on July 20, 2011 at 11:00 a.m. The parties did not appear. The matter is reset for August 9, 2011 at 11:00 a.m.. Parties should use the phone conference instructions contained in the Clerk's Notice filed July 13, 2011. Failure to appear at the August 9, 2011 telephonic status conference will result in sanctions.

IT IS SO ORDERED.

Dated: 7/20/11

Nandor J. Vadas
United States Magistrate Judge