IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHIVKA VALIAVACHARSKA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MITCH CELAYA, MARGOT BENNETT,<br><br>　　　　Defendants. | No. C -10-4847 JSC<br><br>**ORDER RE: DISCOVERY DISPUTE<br>(Dkt. No. 45)** |

Now pending before the Court is Defendant's letter, dated October 21, 2011. Plaintiff shall file a response, if any, by October 25, 2011. In the meantime, Plaintiff shall plan to appear for both her deposition and examination by Dr. Kendrick Lee on October 27, 2011 beginning at 9:00 am. After considering Plaintiff's response, if any, the Court will rule on October 26, 2011

**IT IS SO ORDERED.**

Dated: October 25, 2011

　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE