1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZHIVKA VALIAVACHARSKA,                    No. C 10-4847 JSC

       Plaintiff,                        **ORDER RE: NOVEMBER 17**
                                          **HEARING**

  v.

MITCH CELAYA, MARGOT BENNETT,

       Defendants.

_____/

The Court is in receipt of Plaintiff's letter dated November 4, 2011.

As a preliminary matter, the Court hereby moves the case management conference

("CMC") scheduled for 1:30 p.m. on November 17, 2011 to 9:00 a.m. that morning, to

immediately follow the hearing on Defendants' motion for summary judgment.  Plaintiff's

November 4 letter refers to a November 11 CMC, but there is no such CMC currently

scheduled.

As the Court stated in its Order of October 26, 2011, it will address the question of

Plaintiff's independent medical exam at the November 17 CMC.  The Court will address the

issues raised in Plaintiff's November 5 letter at the same time.  On or before November 11,

2011, the parties should file any additional documents or information they wish the Court to

consider in connection with those issues.

In addition, the parties' joint CMC statement should clearly set forth each party's

1    position with respect to the pending discovery issues.

2         **IT IS SO ORDERED.**

3

4    Dated: November 7, 2011

5                                                    JACQUELINE SCOTT CORLEY
                                                      UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California