IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHIVKA VALIAVACHARSKA,<br><br>    Plaintiff,<br><br>  v.<br><br>MITCH CELAYA, et al.,<br><br>    Defendants.<br>_____/ | No. C10-4847 JSC<br><br>**ORDER STRIKING PLAINTIFF'S LATE-FILED EVIDENCE** |

This section 1983 action arises out of a student protest at UC Berkeley. Defendants moved for summary judgment on October 13, 2011. Plaintiff filed her timely response on October 27, 2011, but filed the exhibits to her response a day late, on October 28, 2011. Defendants filed their reply on November 3, 2011 and the Court heard oral argument on November 17, 2011.

On November 18, 2011 and November 20, 2011, and without leave of Court, Plaintiff filed further evidence in support of her opposition to summary judgment. (Dkt. Nos. 63, 65.) On November 19, 2011 she filed a letter brief (Dkt. No. 64) addressing qualified immunity, an issue raised in Defendants' initial moving papers.

Plaintiff's late-filed declarations and exhibits (Dkt. Nos. 63, 65) are STRICKEN and will not be considered by the Court in deciding the summary judgment motion. Plaintiff offers no explanation for her failure to file the evidence until long-after it was due and *after*

the summary judgment hearing. As the Court must apply the law as it exists regardless of whether it is cited in the parties' papers, the Court will not strike Plaintiff's letter brief. Defendants, if they wish, may file a responsive letter brief on or before December 2, 2011. Plaintiff is prohibited from filing any additional pleadings in connection with the summary judgment motion without first obtaining leave of Court.

**IT IS SO ORDERED.**

Dated: November 21, 2011

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

2