UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ZHIVKA VALIAVACHARSKA,　　　　　　　　　　Case No. C10-4547 JSC

　　　　　　Plaintiff(s),

　　v.　　　　　　　　　　　　　　　　　　　　**ORDER RE EXPERT DISCLOSURES AND MOTIONS IN LIMINE**

MITCH CELAYA, et al.,

　　　　　　Defendant(s).

　　　　The Court is in receipt of a letter dated December 20, 2011 from Defendants' counsel regarding expert disclosures and motions in limine. In light of the impending holidays, the Pretrial Order is modified such that the parties shall exchange their motions in limine on or before **January 5, 2011.** Oppositions to the motions in limine shall be exchanged on or before **January 12, 2011.** The moving party shall file the motion and opposition with the Court on or before **January 13, 2011.**

　　　　Any expert disclosures and Rule 26 Reports shall be served on or before **December 29, 2011.** Expert depositions shall take place no later than January 20, 2011.

　　　　**IT IS SO ORDERED.**

DATED: December 21, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　　_Jacqueline S. Corley_
　　　　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE