IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHIVKA VALIAVACHARSKA,<br><br>Plaintiff,<br><br>v.<br><br>MITCH CELAYA, et al.,<br><br>Defendants. | Case No: C10-4847 JSC<br><br>**ORDER RE: LEAVE TO DISCLOSE (Dkt. No. 75)** |

Now pending before the Court is Defendants' December 30, 2011 letter requesting leave to disclose a Supplemental Rule 26 Report to Plaintiff. (Dkt. No. 75.) The parties were directed to disclose their Rule 26 reports by December 29, 2011. Defendants represent that Plaintiff served a report on Defendants after business hours on December 29, 2011 and that Plaintiff likewise served a report on Defendant hours later before business hours on December 30, 2011. Based on this information, there does not appear to be a dispute between the parties as to the use of these reports. If such a dispute arises, the parties may bring it before the Court after meeting and conferring in good faith.

**IT IS SO ORDERED.**

Dated: January 4, 2012

JACQUELINE SCOTT CORLEY
United States Magistrate Judge