IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHIVKA VALIAVACHARSKA,<br><br>  Plaintiff,<br><br>  v.<br><br>MITCH CELAYA, et al.,<br><br>  Defendants. | Case No: 10-4847 JSC<br><br>**ORDER RE: LEAVE TO DISCLOSE (Dkt. No. 76)** |

Now pending before the Court is Plaintiff's January 4, 2012 letter (Dkt. No. 76) objecting to Defendants' request to disclose a Supplemental Rule 26 Report to Plaintiff (Dkt. No. 75). The parties were directed to disclose Rule 26 reports by December 29, 2011. Plaintiff claims that Defendants' disclosure of a three-page report before 9 am on December 30, 2011 results in prejudice to Plaintiff and should be excluded. Plaintiff fails to show how this delay of mere hours results in prejudice, particularly when Plaintiff served a Rule 26 report on Defendants after business hours on December 29, 2011. Plaintiff's request for the exclusion of this report is therefore DENIED.

**IT IS SO ORDERED.**

Dated: January 5, 2012

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge