IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHIVKA VALIAVICHARSKA, | Case No.: CV 10-4847 JSC |
| Plaintiff, | **ORDER REQUIRING ROGER CLARK'S PRESENCE FOR A DEPOSITION ON JANUARY 23, 2012** |
| v. | |
| MITCH CELAYA, et al., | |
| Defendants. | |

Roger Clark is ordered to appear for his continued expert witness deposition at 9:00 am on Monday, January 23, 2012 at the Law Offices of Stubbs & Leone located at 2175 N. California Blvd., Ste. 900, Walnut Creek, CA 94596.  If Plaintiff's counsel intends to attend the deposition, counsel must appear in person.

**IT IS SO ORDERED.**

Dated: January 20, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE