IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHIVKA VALIAVICHARSKA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MITCH CELAYA, et al.,<br><br>　　　　　Defendants. | Case No.: CV 10-4847 JSC<br><br>**ORDER RE: PLAINTIFF'S JANUARY 25, 2012 LETTER (Dkt. No. 115)** |

The Court is in receipt of Plaintiff's January 25, 2012 letter (Dkt. No. 115), which protests the Court's decision not to allow Plaintiff to substitute medical experts on the eve of trial. (Dkt. No. 111.) If Plaintiff wishes to seek reconsideration of the Court's January 23, 2012 Order, she must file a motion for leave in conformance with Civil Local Rule 7-9.

**IT IS SO ORDERED.**

Dated: January 26, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE