LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:     (925) 974-8600
Facsimile:      (925) 974-8601
E-mail: leonel@stubbsleone.com
             leedc@stubbsleone.com

Attorneys for Defendant
OFFICER BRENDAN TINNEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHIVKA VALIAVICHARSKA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>MITCH CELAYA, Police Chief of the University of California Police Department; MARGOT BENNETT, Chief of Administration/Services of the University of California Police Department; and DOES 1 through 20, inclusive,<br><br>                    Defendants. | Case No.:   CV 10 4847 JSC<br><br>**APPLICATION FOR AND [PROPOSED] ORDER ALLOWING TRIAL AUDIO VISUAL EQUIPMENT AND EXHIBITS TO BE BROUGHT INTO THE COURTHOUSE**<br><br>**Trial Date:  February 6, 2012** |

## APPLICATION

Defendant BRENDON TINNEY requires the presence in the courtroom during the trial of this matter audio visual equipment and exhibits for use in his defense, and therefore requests an Order of this court as follows:

Commencing on February 3, 2012 Claudia Leed, Donna Westphall, Eric Braun and police officers of the University of California at Berkeley Police Department are allowed to bring into the U.S. District Courthouse at 450 Golden Gate Avenue, San Francisco, California, and

---
APPLICATION FOR AND [PROPOSED] ORDER ALLOWING TRIAL AUDIO VISUAL EQUIPMENT AND EXHIBITS TO BE BROUGHT INTO THE COURTHOUSE

1

1 transport to Courtroom F, 15th floor, the following audio visual equipment and exhibits for the
2 purpose of the presentation of evidence in the above-case;
3   (1) Sony LCD Data Projector;
4   (2) Anchor Powered Audio Speaker with stand;
5   (3) DA-Light Projector Table with skirt;
6   (4) Extension Cords and Cables for the AV Equipment;
7   (5) Laptop Computers;
8   (6) Duct Tape;
9   (7) A Metal Barricade;
10   (8) The Zip Ties used to secure the barricade;
11   (9) One Police Baton; and,
12   (10)  Poster Blow-Ups.
13     Proper identification will be required upon entering the security station in the courthouse.
14 This Order will be effective from February 3, 2012 until completion of the trial proceedings.
15     Good cause appearing, IT IS SO ORDERED.

18 Dated:__ February 2, 2012 _____      _Jacqueline S. Corley_____
19                                          HON. JACQUELINE SCOTT CORLEY
                                             United States Magistrate Judge

APPLICATION FOR AND [P~~ROPOS~~ED] ORDER ALLOWING TRIAL AUDIO VISUAL EQUIPMENT AND EXHIBITS TO BE BROUGHT INTO THE COURTHOUSE