UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Zhivka Valiavicharska,                            Case No. C10-4847 JSC

         Plaintiff(s),

   v.                                     **REFRESHMENT ORDER**

Mitch Celaya, et al.,

         Defendant(s).

_____/

     IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily morning refreshments and pastries to be delivered **no later than 8:00 a.m.** for the eight (8) members of the jury in the above-entitled matter beginning **Tuesday, February 7, 2012**, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States. The trial will be held in Courtroom F , 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

     IT IS SO ORDERED.

Dated: February 3, 2012

                                                    JACQUELINE SCOTT CORLEY
                                                    U.S. MAGISTRATE JUDGE