IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHIVKA VALIAVICHARSKA,<br><br>                Plaintiff,<br><br>         v.<br><br>BRENDAN TINNEY,<br><br>                Defendant. | Case No.: CV 10-4847 JSC<br><br>**[PROPOSED] VERDICT FORM** |

1. Do you find that defendant Brendan Tinney violated plaintiff Zhivka Valiavicharska's constitutional rights by using excessive and unreasonable force when he hit her finger with his baton?

                                            YES _____

                                            NO   _____

**If your answer is YES, then answer Questions 2 and 3.  If you answered NO, stop here, answer no further questions, and have the Jury Foreperson sign and date this form.**

2. What do you find to be the total amount of damages suffered by plaintiff and caused by Brendan Tinney's excessive force?

$ _____

3. Do you find that Brendan Tinney acted either maliciously or in reckless disregard of plaintiff's rights when he used excessive force such that punitive damages are justified?

YES _____

NO  _____

PLEASE HAVE THE JURY FOREPERSON SIGN AND DATE THE VERDICT FORM, AND THEN INFORM THE COURT CLERK THAT YOU HAVE REACHED A VERDICT.

Signed: _____     Dated: _____
      Jury Foreperson