IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHIVKA VALIAVICHARSKA,<br><br>    Plaintiff,<br><br>  v.<br><br>BRENDAN TINNEY,<br><br>    Defendant. | Case No.: CV 10-4847 JSC<br><br>**ORDER RE: SANCTION AGAINST PLAINTIFF'S COUNSEL** |

The Court instructed counsel for Plaintiff and Defendant to remain within five minutes of the court house and available by phone during the jury deliberation process. At approximately noon on February 10, 2012, the Court was unable to contact Plaintiff's counsel despite multiple calls to Mr. John Burris, Mr. Steven Yourke, and their law office. Consequently, the jury and this Court waited for forty-five minutes for Plaintiff's counsel to appear. Accordingly Plaintiff's counsel shall pay the Clerk of Court $562.50 on or before February 19, 2012 as a sanction for this conduct.

**IT IS SO ORDERED.**

Dated: February 13, 2012

                                                            *Jacqueline S. Corley*
                                                         JACQUELINE SCOTT CORLEY
                                                    UNITED STATES MAGISTRATE JUDGE