IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHIVKA VALIAVICHARSKA,<br><br>Plaintiff,<br><br>v.<br><br>BRENDAN TINNEY, et al.,<br><br>Defendants. | Case No.: CV 10-4847 JSC<br><br>**JUDGMENT** |

The Court having granted summary judgment in favor of Chief Mitchell Celaya and Captain Margot Bennett by order filed December 19, 2011, and the jury having rendered a verdict in favor of defendant Brendan Tinney on February 10, 2012, judgment is entered in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: February 13, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE