IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHIVKA VALIAVICHARSKA,<br><br>            Plaintiff,<br><br>     v.<br><br>MITCH CELAYA, et al.,<br><br>            Defendants. | Case No.: CV 10-4847 JSC<br><br>**ORDER UNSEALING DOCKET NUMBERS 160 AND 161 FOR THE REVIEW OF THE STANDING COMMITTEE ON PROFESSIONAL CONDUCT** |

The Court is in receipt of a letter from Plaintiff's counsel Steven Yourke requesting that Docket Numbers 160 and 161 be unsealed for the limited purpose of inspection by the Standing Committee on Professional Conduct. (Dkt. No. 161.) The Court orders these dockets unsealed for the limited purpose requested. The Clerk will deliver a copy of these documents to the Standing Committee on Professional Conduct.

**IT IS SO ORDERED.**

Dated: October 2, 2012

_Jacqueline S. Corley_
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE